

Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclark@backuslaw.com
Attorneys for Defendants
*Best Buy Co, Inc.*
*Bestbuy.com LLC*
*Best Buy Stores, L.P.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SHAMIKA ABDELKADER,

                      Plaintiffs,

    vs.

HP INC., a Delaware Corporation; BEST BUY CO., INC., a Delaware Corporation; BESTBUY.COM, LLC, a Delaware Limited Liability Company; BEST BUY STORES, L.P., a Delaware Limited Partnership; and DOES 1-10, inclusive, and ROE CORPORATIONS 1-10, inclusive.

                      Defendants

**Case No. 2:25-cv-01268-JAD-DJA**

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**

**First Request**

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-3 ~~26-4~~, Plaintiff SHAMIKA ABDELKADER, by and through her counsel of record, Noah Duran, Esq. of the law firm of Ryan Alexender, Chtd. ("Plaintiff"), Defendant/Cross-Defendant HP INC., by a. through its counsel of record, Edgar Carranza, Esq. the law firm of Messner Reeves LLP, and Defendants/Cross-Claimants BEST BUY CO., INC., BESTBUY.COM, LLC, and BEST BUY STORES, L.P., by and through its counsel Jack Burden, Esq. of the law firm Backus | Burden (collectively "Best Buy"), hereby stipulate and agree to an

extension of all discovery deadlines by sixty (60) days.  The parties propose the following revised discovery plan:

Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is the first such discovery extension requested in this matter. Moreover, 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a sixty (60) day extension will not impact a trial date because the same has not been scheduled; 3) the Parties, their respective Counsel, and witnesses have been limited in appearing for deposition due to the recent holiday season; and 4) the requested extension is made in good faith by both Parties.  *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

## I.
## DISCOVERY COMPLETED TO DATE

Discovery completed includes:

1.  Plaintiff served her Initial Disclosure Pursuant to FRCP 26 on September 18, 2025;

2.  Best Buy served its Initial Disclosure Pursuant to FRCP 26 on September 25, 2025;

3.  HP Inc. served its Initial Disclosure Pursuant to FRCP 26 on October 3, 2025; and

4.  HP Inc. served its First Set of Interrogatories and Requests for Production to Plaintiff on December 31, 2025.

## II.
## DISCOVERY TO BE COMPLETED AND REASONS
## FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

1.  Supplementation of the Parties FRCP 26 Initial Disclosures.

2.  Plaintiff's service of responses to HP Inc.'s First Set of Interrogatories and Requests for Production.

3.  [Potential] Testing of the subject laptop / battery.

4.  Rule 35 Examination of Plaintiff.

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

2

5. Deposition of Plaintiff.

6. Depositions of fact witnesses.

7. Depositions of Plaintiff's treating medical providers.

8. Depositions of Defendants' employees.

9. Deposition of Defendants' FRCP 30(b)(6) representative(s).

10. FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.

11. Depositions of initial and rebuttal expert witnesses.

Additional written discovery and depositions as the Parties deem necessary.

The Parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension.

### III.
### REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN

Plaintiff filed her Complaint on June 21, 2025. HP Inc. filed its Removal on Jule 14, 2025. Since that time, Best Buy Answered Plaintiff's Complaint and filed a Crossclaim against HP Inc. Due to the holidays, the parties were not able to complete written discovery and/or conduct factual / percipient depositions. As such, the parties agree to extend discovery deadlines for sixty (60) days. The parties have entered into this agreement in good faith and not for purposes of delay.

### IV.
### DISCOVERY DEADLINES

| | |
|---|---|
| Discovery cutoff: | March 25, 2026 |
| Amending the pleadings or adding parties: | December 26, 2026 |
| Initial expert disclosures: | January 26, 2026 |
| Rebuttal expert disclosures: | February 23, 2026 |
| Dispositive motions: | April 24, 2026 |
| Joint Pre-Trial Order, if no Dispositive Motions: | May 26, 2026 |

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

3

CASE NO.: *2:25-cv-01268-JAD-DJA*
*Abdelkader v. HP, Inc., et al.*
*Stipulation and Order to Extend (First Request)*

## VII.
## [PROPOSED] NEW DISCOVERY DEADLINES

Discovery cutoff:                                    *May 25, 2026*

Amending the pleadings or adding parties:            *Closed*

Expert disclosures:                                  *March 27, 2026*

Rebuttal expert disclosures                          *April 27, 2026*

Dispositive motions:                                 *June 24, 2026*

Joint Pre-Trial Order, if no Dispositive Motions:    *July 27, 2026*

The Parties aver that this request for extension of discovery deadlines is made by the Parties in good faith and not for the purpose of delay.

DATED this _20th day of Jan., 2026.
**RYAN ALEXANDER, CHTD.**

 /s/Noah A. Duran
NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
3017 West Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this  20th day of Jan., 2026.
**MESSNER REEVES, LLP**

 /s/Edgar Carranza
EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
TIFFANIE BITTLE, ESQ.
Nevada Bar No. 15179
8945 West Russell Rod, Sute 300
Las Vegas, Nevada 89148
*Attorneys for HP Inc.*

DATED this 16th day of Jan., 2026.
**BACKUS | BURDEN**

 /s/Jamie L. Clark
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JAMIE L. CLARK, ESQ.
Nevada State Bar No. 16687
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Best Buy Co, Inc.*
*Bestbuy.com LLC*
*Best Buy Stores, L.P.*

**ORDER**

IT IS SO ORDERED.

DATED: 1/21/2026

_____
UNITED STATES MAGISTRATE JUDGE

4

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545