Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jamieclark@backuslaw.com
Attorneys for Defendants
*Best Buy Co, Inc.*
*Bestbuy.com LLC*
*Best Buy Stores, L.P.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAMIKA ABDELKADER, | ) |
| Plaintiffs, | ) **Case No. 2:25-cv-01268-JAD-DJA** |
| vs. | ) |
| | ) |
| HP INC., a Delaware Corporation; BEST | ) **STIPULATION AND ORDER TO** |
| BUY CO., INC., a Delaware Corporation; | ) **EXTEND DISCOVERY DEADLINES** |
| BESTBUY.COM, LLC, a Delaware Limited | ) |
| Liability Company; BEST BUY STORES, | ) **Second Request** |
| L.P., a Delaware Limited Partnership; and | ) |
| DOES 1-10, inclusive, and ROE | ) As amended on page 4 |
| CORPORATIONS 1-10, inclusive. | ) |
| | ) |
| Defendants | ) |

In accordance with Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-3, Plaintiff SHAMIKA ABDELKADER, by and through her counsel of record, Noah Duran, Esq. of the law firm of Ryan Alexender, Chtd. ("Plaintiff"), Defendant/Cross-Defendant HP INC., by a. through its counsel of record, Edgar Carranza, Esq. the law firm of Messner Reeves LLP, and Defendants/Cross-Claimants BEST BUY CO., INC., BESTBUY.COM, LLC, and BEST BUY STORES, L.P., by and through its counsel Jack Burden, Esq. of the law firm Backus | Burden (collectively "Best Buy"), hereby stipulate and agree to an

BACKUS | BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

extension of all discovery deadlines by ninety (90) days.  The parties propose the following revised discovery plan:

Pursuant to Local Rule 6-1(b), the Parties hereby aver that this is the second such discovery extension requested in this matter. Moreover, 1) there is no danger of prejudice as the extension is stipulated by the Parties; 2) a ninety (90) day extension will not impact a trial date because the same has not been scheduled; and 3) and the requested extension is made in good faith by both Parties. *Pioneer Investment Services v. Brunswick Associate's, Ltd.*, 507 U.S. 380, 395 (1993).

## I.
## DISCOVERY COMPLETED TO DATE

Discovery completed includes:

1.  Plaintiff served her Initial Disclosure Pursuant to FRCP 26 on September 18, 2025;

2.  Best Buy served its Initial Disclosure Pursuant to FRCP 26 on September 25, 2025;

3.  HP Inc. served its Initial Disclosure Pursuant to FRCP 26 on October 3, 2025;

4.  HP Inc. served its First Set of Interrogatories and Requests for Production to Plaintiff on December 31, 2025; *and*

5.  *HP Inc. served subpoenas on the following custodian of records:*

    a.  *Southern Hills Hospital*

    b.  *Fremont Emergency Services*

    c.  *Sunrise Hospital*

    d.  *US Anesthesiology Consultants Inc.*

    e.  *Valeria Asimenios, MD*

## II.
## DISCOVERY TO BE COMPLETED AND REASONS
## FOR EXTENSION OF DISCOVERY

Discovery to be completed includes:

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

1. Supplementation of the Parties FRCP 26 Initial Disclosures.

2. Plaintiff's service of responses to HP Inc.'s First Set of Interrogatories and Requests for Production.

3. ~~[Potential] Testing of the subject laptop / battery.~~

4. Rule 35 Examination of Plaintiff.

5. Deposition of Plaintiff.

6. Depositions of fact witnesses.

7. Depositions of Plaintiff's treating medical providers.

8. Depositions of Defendants' employees.

9. Deposition of Defendants' FRCP 30(b)(6) representative(s).

10. FRCP 26(a)(2) designation of initial and rebuttal expert witnesses.

11. Depositions of initial and rebuttal expert witnesses.

Additional written discovery and depositions as the Parties deem necessary.

The Parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension.

**III.**
**REASONS WHY DISCOVERY WAS NOT COMPLETED WITHIN TIME SET BY DISCOVERY PLAN**

*During the first extension, the parties have been working together to determine what, if any, modifications or changes have been made to the subject laptop. As a result of the same,  the parties are now in a better position to explore a potential early resolution.*  The parties have entered into this agreement in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

3

## IV.
## DISCOVERY DEADLINES

Discovery cutoff:                                            May 25, 2026

Amending the pleadings or adding parties:         Closed

Initial expert disclosures:                                March 27, 2026

*CASE NO.: 2:25-cv-01268-JAD-DJA*
*Abdelkader v. HP, Inc., et al.*
*Stipulation and Order to Extend (Second Request)*

Rebuttal expert disclosures:                             April 27, 2026

Dispositive motions:                                        June 24, 2026

Joint Pre-Trial Order, if no Dispositive Motions:   July 27, 2026

## VII.
## [PROPOSED] NEW DISCOVERY DEADLINES

Discovery cutoff:                                           ***August 24, 2026***

Amending the pleadings or adding parties:         ***Closed***

Expert disclosures:                                         ***June 25. 2026***
                                                                  July 27, 2026

Rebuttal expert disclosures                             ***April 27, 2026***
                                                                  September 22, 2026

Dispositive motions:                                       ***July 27, 2026***

Joint Pre-Trial Order, if no Dispositive Motions:   ***October 26, 2026***

The Parties aver that this request for extension of discovery deadlines is made by the Parties in good faith and not for the purpose of delay.

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

4

INTENTIONALLY LEFT BLANK

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

5

*CASE NO.: 2:25-cv-01268-JAD-DJA*
*Abdelkader v. HP, Inc., et al.*
*Stipulation and Order to Extend (Second Request)*

DATED this 27th day of March., 2026.
**RYAN ALEXANDER, CHTD.**

/s/Noah A. Duran
NOAH A. DURAN, ESQ.
Nevada Bar No. 15033
3017 West Charleston Blvd., Ste. 10
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 27th day of March., 2026.
**MESSNER REEVES, LLP**

 /s/Edgar Carranza
EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
TIFFANIE BITTLE, ESQ.
Nevada Bar No. 15179
8945 West Russell Rod, Sute 300
Las Vegas, Nevada 89148
*Attorneys for Hp Inc.*

DATED this 27th day of March., 2026.
**BACKUS | BURDEN**

/s/Jamie L. Clark
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JAMIE L. CLARK, ESQ.
Nevada State Bar No. 16687
3050 South Durango Drive
Las Vegas, Nevada 89117
*Attorneys for Best Buy Co, Inc.*
*Bestbuy.com LLC*
*Best Buy Stores, L.P.*

DATED: 3/30/2026

IT IS SO ORDERED.

**ORDER**

_____
DISTRICT COURT MAGISTRATE JUDGE

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

From: Noah Duran <noah@ryanalexander.com>

Sent: Friday, March 27, 2026 1:57 PM

To: Jacquelyn Franco <jacquelynfranco@backuslaw.com>

Cc: Edgar Carranza <ECarranza@messner.com>; Ryan Alexander <ryan@ryanalexander.com>; Tiffanie C. Bittle <TBittle@messner.com>; Jack Burden <jackburden@backuslaw.com>; Anne Raymundo <anneraymundo@backuslaw.com>; Patti Sherretts <PSherretts@messner.com>; Katri Ching <kching@backuslaw.com>; Jamie Clark <jamieclark@backuslaw.com>; Jimmy Josko <jimmy@ryanalexander.com>; Edwardo Martinez <edwardo@ryanalexander.com>

Subject: Re: HP Inc adv. Abdelkader

Pg 2 says this is our first request for extension. Otherwise it looks fine to me.

With that edit you can add my signature.

Noah A. Duran, Esq.

Ryan Alexander, Chtd.

3017 West Charleston Boulevard, Suite 10

Las Vegas, NV 89102

Phone: (702) 868-3311

Fax: (702) 822-1133

## RE: HP Inc adv. Abdelkader

Edgar Carranza <ECarranza@messner.com>

To  Jacquelyn Franco; Noah Duran

Cc  Ryan Alexander; Tiffanie C. Bittle; Jack Burden; Anne Raymundo; Patti Sherretts; Katri Ching; Jamie Clark; Jimmy Josko; Edwardo Martinez

On behalf of **HP Inc**., you have my authority to include my e-signature and submit the same to the Court. Thank you.

**EDGAR CARRANZA**

Partner

**Messner Reeves LLP**

**O:** 702.363.5100 **E:** ecarranza@messner.com

8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

**BACKUS, BURDEN**
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545