Edgar Carranza (5902)
Tiffanie C. Bittle (15179)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel: (702) 385-2500
Fax: (702) 385-2086
ecarranza@hutchlegal.com
tbittle@hutchlegal.com

Attorneys for Defendant
HP INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAMIKA ABDELKADER;<br><br>Plaintiff<br><br>v.<br><br>HP INC., a Delaware Corporation; BEST BUY CO., INC., a Delaware Corporation; BESTBUY.COM, LLC, a Delaware Limited Liability Company; BEST BUY STORES, L.P., a Delaware Limited Partnership; and DOES 1-10, inclusive, and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | **Case No.: 2:25-cv-01268-JAD-DJA**<br><br>ECF No. 27 |

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

Defendant, HP INC. (hereinafter referred to as "HP"), by and through counsel, Edgar Carranza, Esq. and Tiffanie C. Bittle, Esq. of HUTCHISON & STEFFEN, PLLC, Defendants, BEST BUY CO. INC., BESTBUY.COM, LLC and BEST BUY STORES, LP (collectively referred to herein as "Best Buy"), by and through counsel Jack Burden, Esq., Jacqueline Franco, Esq. and Jamie Clark, Esq. of Backus Burden and Plaintiff, SHAMIKA ABDELKADER (referred to

hereinafter as "HP"), by and through counsel Ryan Alexander, Esq. and Noah Duran, Esq. of Ryan Alexander, Chtd., hereby stipulate as follows:

1. Plaintiff filed her Complaint on or about June 21, 2025.

2. This matter was removed to this Court on July 14 2025, by Defendant, HP.

3. Defendant, HP filed its Answer on or about July 28, 2025.

4. Defendant, Best Buy filed its Answer on August 1, 2025.

5. The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

6. In reaching the resolution Defendants do not admit any liability and continue to deny Plaintiff's allegations in the Complaint. Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendants and dismiss all her claims against each Defendant in this action with prejudice in exchange for the agreed to resolution.

7. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement. Therefore, any and all claims by any other party against Defendants are hereby extinguished.

8. There is no trial date currently set in this matter.

9. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

. . . .

. . . .

. . . .

10. Plaintiff and each Defendant will bear their own attorney's fees and costs related to this litigation.

DATED this 18th day of September, 2026.

**HUTCHISON & STEFFEN, PLLC**

By: */s/ Edgar Carranza*
Edgar Carranza, Esq.
Nevada Bar No. 5902
Tiffanie C. Bittle, Esq.
Nevada Bar No. 15179
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Defendant
HP INC.

DATED this 18th day of September, 2026.

**Ryan Alexander, Chtd.**

By: */s/ Noah Duran*
Ryan Alexander, Esq.
Nevada Bar No. 10845
Noah Duran, Esq.
Nevada Bar No. 15033
3017 W. Charleston Blvd., Ste 10
Las Vegas, Nevada 89102
Attorneys for Plaintiff
SHAMIKA ABDELKADER

DATED this 18th day of September, 2026.

**Backus Burden**

By: */s/ Jacqueline Franco*
Jack Burden, Esq.
Jacqueline Franco, Esq.
Jamie Clark, Esq.
3050 S. Durango Drive
Las Vegas, NV 89117
BEST BUY CO., INC.; BESTBUY.COM, LLC
BEST BUY STORES, L.P.

**ORDER**

Based on the parties' stipulation [ECF No. 27] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 18th day of September, 2026.

______________________________
United States District Judge